Martin E. Rosen (108998),
mrosen@bargerwolen.com
Andrew S. Williams (177926),
awilliams@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Pennsylvania Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILIANA WONG, | CASE NO.: CV-12-9412-R (JCx) |
| Plaintiff, | **PARTIES' JOINT REPORT OF EARLY MEETING** |
| vs. | |
| PENNSYLVANIA LIFE INSURANCE COMPANY and DOES 1-50, inclusive, | |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

k:\office4\40659\008\12pleadings\rule 26 report.doc

Counsel for the parties have met in person to satisfy the requirements of Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Central District Local Rule 26-1, as well as this Court's November 9, 2012 Order Re: Notice to Counsel, including agreeing upon a discovery plan and pertinent proposed dates as set forth below.

**FRCP 26(f) DISCOVERY PLAN/ISSUES**:

1. <u>Changes to the timing, form, or requirement fir disclosure under Rule 26(a)/Initial Disclosures (FRCP 26(f)(3)(A))</u>:  None.  The parties are in the process of gathering documents and information for initial disclosures under FRCP 26(a)(1) and agreed to make their respective disclosures on or before January 14, 2013.

2. <u>Subjects of discovery/whether discovery should be conducted in phases or limited (FRCP 26(f)(3)(B))</u>:  The parties agree that discovery as to the parties' respective claims and defenses will be conducted and that discovery need not be conducted in phases, limited, or focused on particular or unique issues.

3. <u>Issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced (FRCP 26(f)(3)(C))</u>: Plaintiff has no electronically stored information.  The parties agreed that Defendant will produce its electronically stored information in a pdf format or other mutually acceptable format.

4. <u>Issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order (FRCP 26(f)(3)(D))</u>:  Without waiving any right to object to inappropriate or unwarranted discovery, the parties agree that they will produce all non-privileged documents

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

k:\office4\40659\008\12pleadings\rule 26 report.doc

relevant to the claims and defenses in the action. To the extent the parties withhold documents on the grounds of the attorney-client and/or work product privilege(s), they will produce to the other a privilege log. The parties agree that discoverable information that is proprietary, private, confidential and/or constitutes a trade secret, if any, will be made subject to a proposed stipulated protective order.

5. <u>What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed (FRCP 26(f)(3)(E))</u>: None at this time.

6. <u>Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c) (FRCP 26(f)(3)(F))</u>: None at this time.

**LOCAL RULE 26-1 ISSUES:**

7. <u>Complex Cases. L.R. 26-1(a)</u>: The parties agree that this is not a complex case and, therefore, the Manual for Complex Litigation should not be utilized.

8. <u>Motion Schedule. L.R. 26-1(b)</u>: Defendant anticipates filing a motion for summary judgment and/or motion for partial summary judgment. The parties agree to a motion cut-off date (last date to hear any such motion) as set forth below under "Proposed Dates."

9. <u>ADR. L.R. 26-1(c)</u>: The parties choose to utilize ADR Procedure No. 3 (private dispute resolution) under L.R. 16-15.4.

10. <u>Trial Estimate. L.R. 26-1(d)</u>: The parties anticipate the trial will take 5-7 days to complete.

    11. <u>Additional Parties</u>. L.R. 26-1(e): None anticipated.

    12. <u>Expert Witnesses. L.R. 26-1(f)</u>: The parties will disclose expert testimony consistent with FRCP Rule 26(a)(2)(D).

**PROPOSED DATES:**

Trial: **Mid-February 2014**.

Discovery cut-off: **November 21, 2013**.

Motion Cut-Off: **December 16, 2013**.

Dated: December 19, 2012        BARGER & WOLEN LLP

By: /s/ Andrew S. Williams
MARTIN E. ROSEN
ANDREW S. WILLIAMS
Attorneys for Defendant
Pennsylvania Life Insurance Company

Dated: December 19, 2012        KALOUSTIAN & ASSOCIATES

By: _____
HARRY S. KALOUSTIAN
Attorneys for Plaintiff Hiliana Wong

11. <u>Additional Parties</u>. L.R. 26-1(e): None anticipated.

12. <u>Expert Witnesses, L.R. 26-1(f)</u>: The parties will disclose expert testimony consistent with FRCP Rule 26(a)(2)(D).

**PROPOSED DATES:**

Trial: **Mid-February 2014.**

Discovery cut-off: **November 21, 2013.**

Motion Cut-Off: **December 16, 2013.**

Dated: December 19, 2012           BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
ANDREW S. WILLIAMS
Attorneys for Defendant
Pennsylvania Life Insurance
Company

Dated: December 19, 2012           KALOUSTIAN & ASSOCIATES

By: _____
HARRY S. KALOUSTIAN
Attorneys for Plaintiff Hiliana Wong

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On December 19, 2012, I served the foregoing document(s) described as

**PARTIES' JOINT REPORT OF EARLY MEETING**

on the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in sealed envelope addressed as follows:

Harry S. Kaloustian, Esq.                    Attorney for Plaintiff Hiliana
Kaloustian & Associates                      Wong
21031 Ventura Boulevard, Suite 410
Woodland Hills, CA 91364
Tel: (818) 594-0739
Fax: (818) 594-0852

[x] **BY MAIL**

[x] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

.

[x]    **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on December 19, 2012.

NAME: NORA OLIVER

(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

k:\office4\40659\008\12pleadings\proof (f).doc

PROOF OF SERVICE