JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILIANA WONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA LIFE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.:  2:12-cv-09412-R-JC<br><br>PTC:　　　　11/04/2013<br>Trial:　　　　12/10/2013<br>Action Filed :　08/22/2012<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]** |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: _August 28, 2013__    _____
THE HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE